UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES HAMBY, | ) |
| | ) CIVIL ACTION NO. 7:14-CV-273-D |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BROCK AND SCOTT, PLLC, | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court pursuant to a Motion to Stay filed by Defendant, Brock and Scott, PLLC ("Defendant") seeking to stay pretrial deadlines and discovery proceedings pending a resolution of the Motion to Dismiss filed by Defendant. For good cause shown, and in light of this Court's finding that a Stay of Pretrial Deadlines and Discovery proceedings will not prejudice Plaintiff, it is hereby,

**ORDERED** that all discovery in the above-captioned civil action shall be stayed until this Court enters an Order resolving the Motion to Dismiss filed by Defendant or until further Order of this Court. It is further,

**ORDERED** that the Clerk is directed to send a copy of this Order to the Plaintiff and all Defendants.

Dated: 1/16/15

JAMES C. DEVER III
Chief United States District Judge