IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-273-D

| | |
|---|---|
| JAMES HAMBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BROCK AND SCOTT, PLLC, ) | |
| ) | |
| Defendant. ) | |

On December 15, 2014, Brock & Scott, PLLC ("defendant") filed a motion to dismiss [D.E. 8] and a supporting memorandum [D.E. 9]. The court notified James Hamby ("Hamby") about the motion to dismiss, the consequences of failing to respond, and the response deadline [D.E. 13]. See Roseboro v. Garrison, 528 F.2d 309, 310 (4th Cir. 1975) (per curiam). Hamby did not respond.

Hamby's complaint does not meet the pleading standards in Rule 8 of the Federal Rules of Civil Procedure. See, e.g., Mallory v. Atkinson, 330 F. App'x 41, 42 (4th Cir. 2009) (per curiam) (unpublished); Campbell v. Wells Fargo Bank, N.A., No. 5:13-CV-785-D, 2014 WL 5471911, at *2 (E.D.N.C. Oct. 22, 2014) (unpublished); Salley v. Bank of Am., N.A., No. 5:13-CV-753-D, 2014 WL 2768660, at *2–3 (E.D.N.C. June 18, 2014) (unpublished). Alternatively, Hamby fails to state a claim upon which relief can be granted. See Fed. R. Civ. P. 12(b)(6); see, e.g., Bryant v. Wells Fargo Bank, N.A., 861 F. Supp. 2d 646, 651–54 (E.D.N.C. 2012). Accordingly, the court GRANTS defendant's motion to dismiss [D.E. 8] and DISMISSES the complaint without prejudice.

SO ORDERED. This **29** day of January 2015.

James Dever<br>
JAMES C. DEVER III<br>
Chief United States District Judge