IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-273-D

| | | |
|---|---|---|
| JAMES HAMBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BROCK & SCOTT, PLLC, | ) | |
| | ) | |
| Defendant. | ) | |

On June 29, 2015, defendant filed a motion to extend the time to file a response to the complaint until July 13, 2015 [D.E. 26]. On July 15, 2015, defendant filed a motion to dismiss [D.E. 27]. The court has considered defendant's motion for an extension of time [D.E. 26]. The motion for an extension of time is GRANTED and defendant's motion to dismiss is deemed timely filed. See Fed. R. Civ. P. 6(b)(1)(A).

SO ORDERED. This 28 day of August 2015.

JAMES C. DEVER III
Chief United States District Judge