UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JAMES HAMBY,  )
  )
       Plaintiff,  )
  )
v.  )   **JUDGMENT**
  )   No. 7:14-CV-273-D
  )
BROCK AND SCOTT, PLLC,  )
  )
       Defendant.  )

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that defendant's motion to dismiss [D.E. 27] is GRANTED, and the amended complaint is DISMISSED with prejudice.

**This Judgment Filed and Entered on November 2, 2015, and Copies To:**

| | |
|---|---|
| James Hamby | (via U.S. Mail at 208 Parkwood Drive, Jacksonville, NC 28540) |
| Jolee M. Wortham | (via CM/ECF electronic notification) |
| Gregory David Spink | (via CM/ECF electronic notification) |

DATE                                     **JULIE RICHARDS JOHNSTON, CLERK**
November 2, 2015                        By:   /s/ Susan W. Tripp
                                                            Deputy Clerk